IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 NOV 14 P 12: 59

CLERK J. Burton
SO. DIST. OF GA.

STEPHEN LESTER DAVIS, )
)
Petitioner, )
)
v. )            CV 306-083
)
MICHAEL PUGH, Warden, )
)
Respondent. )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, and this civil action shall be **CLOSED**.

SO ORDERED this 14th day of November, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE